# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

BANK FINANCIAL SERVICES GROUP, : No. 812 MAL 2014
STEVEN GOLDBERG, STEVEN :
GOLDBERG SOLE PROPRIETORSHIP, :
ARNOLD WINICK AND DAVID PAYNE, : Petition for Allowance of Appeal from the
: Order of the Superior Court
      Respondents :
:
:
:
      v. :
:
:
MEYER-CHATFIELD CORP., :
:
      Petitioner :
:
:
------------------------------------------------------ :
:
MEYER-CHATFIELD CORP., :
:
      Petitioner :
:
:
      v. :
:
:
BANK FINANCIAL SERVICES GROUP; :
STEVEN GOLDBERG AND DAVID :
PAYNE, :
:
      Respondents :

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.